FLORENCE E. LONGLEY and Others, Appellants, v. CHARLES F. KREIZER and

Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.